|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAVIER REYES,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>    Defendants. | Case No. CV 14-08151-JLS (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

   Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the parties' motion and opposition papers, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. The Court has also reviewed Plaintiff's written objections to the Report and Recommendation and made a de novo determination of those portions of the Report and Recommendation to which objections are made.

   IT IS HEREBY ORDERED that:

   1. The Report and Recommendation is approved and accepted.

   2. Defendant United States's motion to dismiss is GRANTED and Plaintiff's access-to-microwaves negligence claim is dismissed with prejudice.

3. The individual Defendants' motion for summary judgment is GRANTED. As there is no genuine dispute of material fact and the individual Defendants are entitled to judgment as a matter of law on the issue of exhaustion, a Dismissal without prejudice shall be entered in favor of the individual Defendants. See <u>Jiau v. Poole</u>, 682 F. App'x 613, 2017 WL 1020384 (9th Cir. 2017) (noting that summary judgment based upon a failure to exhaust administrative remedies should normally be treated as a dismissal without prejudice).

4. Defendant United States shall file an answer to the remaining portion of Plaintiff's negligence claim within fourteen (14) days of this order.

Dated: August 16, 2017

_____
JOSEPHINE L. STATON
United States District Judge