# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAVIER REYES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>　　　　Defendants. | Case No. CV 14-08151-JLS (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Defendant's motion for summary judgment is GRANTED.

3. Judgment shall be entered dismissing this action.

Date: January 19, 2020

_____
JOSEPHINE L. STATON
United States District Judge