# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAVIER REYES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>　　　　Defendants. | Case No. CV 14-08151-JLS (DFM)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

Date: January 19, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　United States District Judge